**From:** "Miller, Lisa" <LMiller@cosmoprofbeauty.com>
**Date:** July 1, 2020 at 4:37:08 PM EDT
**To:** Store 6196 <Store6196@CosmoProfStores.com>, Store 6403 <Store6403@CosmoProfStores.com>, Store 6404 <Store6404@CosmoProfStores.com>, Store 6415 <Store6415@CosmoProfStores.com>, Store 6416 <Store6416@CosmoProfStores.com>, Store 6430 <Store6430@CosmoProfStores.com>, Store 6444 <Store6444@CosmoProfStores.com>, Store 6445 <Store6445@cosmoprofstores.com>, Store 6530 <Store6530@CosmoProfStores.com>, Store 6551 <Store6551@cosmoprofstores.com>, Store 6554 <Store6554@CosmoProfStores.com>, Store 6557 <Store6557@cosmoprofstores.com>, Store 6596 <Store6596@CosmoProfStores.com>, Store 66124 <Store66124@CosmoProfStores.com>, Store 6617 <Store6617@CosmoProfStores.com>, Store 66202 <store66202@cosmoprofstores.com>, Store 66207 <Store66207@cosmoprofstores.com>, Store 6637 <Store6637@cosmoprofstores.com>, Store 6723 <Store6723@CosmoProfStores.com>, Store 6730 <Store6730@CosmoProfStores.com>, Store 6733 <Store6733@CosmoProfStores.com>, Store 6907 <Store6907@cosmoprofstores.com>, Store 6909 <Store6909@cosmoprofstores.com>, Store 9654 <Store9654@cosmoprofstores.com>, Store 9739 <Store9739@cosmoprofstores.com>
**Subject:** Recap

My Toolkit is not working. Or I can't work it, sometimes the documents are there sometimes not. Should I delete it and download again?

I know it's the first of the month but any idea when we will see quota at least in BI?
Did you put us all in at 6% across the board?

Really struggling with hiring in 6596 Cranberry, no one wants the $10 even if they do show up. Have SM AM and 1 PT there, the other PT gave notice and Friday is her last day due to boyfriend problems moving back home out of state.  Just an FYI.  Very short staffed.

6403 needs 3 PT, 1 SM, 1AM and a PT helping out even though she is leaving.  I find 5 candidates last night I reviewed with Jackie today.

6723 Altoona, lost someone, very busy here, also reminds me a lot of Judy was a previous Schoeneman person, excuses etc.  Have SM of 6733 helping out as she lives near here.  Also have Missy from 6196 helping to look.  Store was pretty rough last week.  Curbside on Sunday and maybe closed for lunches.  No candidates on HireSmart.

6617 Butler SM and FT trying to get PTs to get all info in.  Trying to get young people to do these emails for BG checks are like pulling teeth.

6907 Need to hire AM do not think AM is coming back.  Will send different email.

HireSmart is super difficult to navigate not to mention when you have an issue no one can help.  I was going

through all my stores looking at candidates. Kari of 6416 is on vacation so I was trying to mark and applicant as candidate it marked hired and I called Snag they told me to separate her start all over. Melissa thought mayb.. HR file room never got a response. So again we own the finding but once we do company owns the hiring. We had her reapply and went from there. Not a great first impression to a future employee.
Also only SMs can do a hire pack, again this affects stores where we have a trustworthy AM who talk to me or do a follow up after SM is on vacation, again same with 97
Although the BG check timeline seems to be getting quicker, cannot say the same for WFM.

WFM can we get the 142 reflected for 6909 and 170 reflected for 6430 and 6444?

Very frustrating when we do not have the markdowns in the system, the coupons don't work and we have to do our own shelftalkers. This is a hinderance to our ability to service our customer and maintain our profit and sales. Not to mention the stress it adds to the team members. We as a company have to do better.
Why do we not test these items a day before in the company store in TX? Working in other companies this is one of the uses of a company store. Also not getting July marketing until next week?

I have an SM on vac so AM cannot damage out matrix bond 8
Also Anthony cannot as I have to wait until his merit is published to make him an acting SM, until I know what his new rate of pay is going to be.

Thank goodness for a good sales day, but think where we could be without all of the issues/distractions.


Sent from my iPad
Thank you,
Lisa D. Miller
District 583
CosmoProf
"Licensed to create"